IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | : |
| JAMAR COOK | :  CRIMINAL NO. 13-298-1 |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 5th day of February, 2014, came the attorney for the Government and the Defendant being present with Counsel, and

[**X**]   The Court having granted the defendant's motion for judgment of acquittal as to:

**COUNTS 1, 2, 3, 5, 7, 20, 21, 23 AND 25.**

[]   A jury has been waived, and the Court has found the Defendant not guilty as to:

[**X**]   The jury has returned its verdict, finding the Defendant not guilty as to :

**COUNT 19** of Criminal Indictment Number 13-298-1.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(B), Federal Rules of Criminal Procedure.

BY THE COURT:

S/JOEL H. SLOMSKY, JUDGE
JOEL H. SLOMSKY, JUDGE

cc:   U.S. Marshal (2)
      Probation Office
      Pretrial
      A. Nicole Phillips, AUSA
      Defense Counsel Vernon Zachary Chestnut, Esq.
      Defendant